IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
NOV 13 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANGELA TOOKES
2365 11TH Street N. W. Apt. 31
Washington, D. C. 20001
(202)234-1483
  Plaintiff

v.

UNITED STATES OF AMERICA

  SERVE:
    Michael B. Mukasey
    Attorney General of the United States
    U. S. Department of Justice
    950 Pennsylvania Ave., N. W.
    Washington, D. C. 20530-0001

    Gerald M. Auerbach
    Acting General Counsel
    Office of the General Counsel
    12th floor, Building CS-3
    U. S. Marshals Services Headquarters
    Washington, D. C. 20530-1000

    Kenneth Wassenstein
    U. S. Attorney for the District of Columbia
    U. S. Attorney's Office
    for the District of Columbia
    555 4th street NW
    Washington, D. C. 20510

  Defendant

Civil Action No:_____

Case: 1:07-cv-02049
Assigned To : Walton, Reggie B.
Assign. Date : 11/13/2007
Description: PI/Malpractice


JURY ACTION

## COMPLAINT FOR MONETARY DAMAGES

The Plaintiff Angela Tookes brings this action against the Defendant under the Federal Tort Claims Act against the Defendant, The United States for monetary damages and as for her cause of action states:

1

## JURISDICTION AND VENUE

1. The United States District Court for the District of Columbia has original jurisdiction over the claim against the United States. 28 U.S.C. Sections 1346 (b) and 2671 et seq.

2. The venue is proper as all the acts and omissions claimed herein occurred within the District of Columbia. 28 U.S.C. 1402.

2. On July 3, 2003, the Plaintiff submitted a completed SF-95 form to the General Counsel of the U.S. Marshals Service via certified mail in compliance with the Tort Claims Procedure. *See* 28 U.S.C. Sec. 2671 et seq.

3. The General Counsel of the U.S. Marshals Service did not respond to the claim submitted by the Plaintiff.

4. The Plaintiff has exhausted any and all administrative remedies available to her and, therefore, brings this action before this Court.

## PARTIES

5. The Plaintiff is a resident of the District of Columbia.

6. U.S. Marshals are employees of the United States within the meaning of 28 U.S.C. Sec. 2671.

## BACKGROUND

7. Prior to January 21, 2003, a subpoena had been issued to the Plaintiff while she was outside of the country. As a result, the Plaintiff never received notice of the issuance of the subpoena.

8. On January 21, 2003, three U.S. Marshals appeared at the Plaintiff's door with a bench warrant for failure to comply with the subpoena.

9. The Marshals placed her in custody and took her to a cellblock at the courthouse. The Marshals used excessive force in the act of incarcerating the Plaintiff and hit her on the shoulder while bringing the Plaintiff to the cellblock.

10. Sometime after being placed in the cellblock, the Plaintiff was taken out and escorted to a courtroom where she appeared before a judge. Subsequently, the judge released her from custody.

11. While being escorted out of the court by the U.S. Marshals, one Marshal alleged that she had two passports. This incited a Marshall to incarcerate the Plaintiff again, removing her keys from her possession. The Marshal told her he would turn over the second passport to the INS and that it was a crime to have two passports.

12. When the officer decided to release her, he forcefully tossed the Plaintiff out a side door of the courthouse and then closed the door without returning the Plaintiff's keys.

13. The Plaintiff knocked on the door and requested that one of the Marshals return her keys.

14. Several Marshals went outside and began to physically attack the Plaintiff until a District of Columbia police officer intervened. The officer then called an ambulance.

15. While waiting for the arrival of the ambulance, the Plaintiff was taken to the courthouse clinic for treatment.

16. The Plaintiff sustained permanent and serious physical injuries from the direct and proximate result of the assaults by the U.S. Marshals. Plus mental anguish. The plaintiff has become disabled as a result of assult by the U.S. Marshals.

17. At all times of the events herein, the U.S. Marshals were acting within the scope of their office or employment.

## COUNT ONE
### (ASSAULT AND BATTERY)

17. Plaintiff repeats and reasserts the abovementioned paragraphs.

18. The U.S. Marshals intentionally and maliciously assaulted and battered the Plaintiff.

19. At no time did the Plaintiff consent to the excessive use of force or the assaults or batteries.

20. As a direct and proximate result of the assaults and batteries, the Plaintiff suffered permanent and serious physical injuries including, but not limited to, the following: acute cervical, dorsal, and lumbar strain, right shoulder strain, sprain and direct trauma to the right wrist, contusion to the sternal area.

21. Due to the permanent and serious physical injuries, the Plaintiff has incurred substantial damages, including, but not limited to, the following: medical expenses, lost wages, pain and suffering.

WHEREFORE, the Plaintiff respectfully requests that this Court find in favor of the Plaintiff and award the Plaintiff compensatory damages in the amount of TWO HUNDRED AND FITY THOUSAND DOLLARS ($250,000.00), the costs of this proceeding, and any and all relief justice so requires.

## COUNT TWO
### (FALSE IMPRISONMENT AND ARREST)

22. Plaintiff repeats and reasserts paragraphs 1-21.

23. The U.S. Marshals falsely imprisoned and arrested the Plaintiff by confining her again in a cellblock without legal justification and without her consent.

23. At all times, the Plaintiff was aware of the restrictions.

WHEREFORE, the Plaintiff respectfully requests that this Court find in favor of the Plaintiff and award the Plaintiff compensatory damages in the amount of TWO HUNDRED AND FIFTY THOUSAND DOLLARS ($250,000.00), the costs of this proceeding and any and all relief that justice so requires.

## COUNT THREE

## NEGLIGENT TRAINING AND SUPERVISION

24. Plaintiff repeats and incorporates the allegations of paragraphs 1- through 23.

25. On or before January 31st 2003 the U. S. Marshall's Service was under a duty to properly train and supervise the actions of the U. S. Marshals in their employ.

26. The U. S. Marshal's Service breached this duty to properly train and supervise the actions of the U. S. Marshals, which was the [proximate cause of the permanent and serious physical injuries, medical expenses loss of income and pain and suffering suffered by the Plaintiff.

WHEREFORE, the Plaintiff respectfully requests that this court find in favor of the Plaintiff and award her compensatory damages in the amount of TWO HUNDRED AND FIFTY THOUSAND DOLLARS ($250,000.00), the costs of this proceeding and any and all relief justice so requires.

_____
Angela Tookes Pro Se
2365 11th Street, N. W. Apt 31
Washington, D. C. 20001

## JURY DEMAND

The Plaintiff requests a trial by jury as to all issues herein.

_____
Angela Tookes

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

Angela Tookes

/1001/

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 11001
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS

United States of America

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Pro se
2365 11th Street NW Apt 31
Washington, D. C. 20001
202-234-1483

Case: 1:07-cv-02049
Assigned To : Walton, Reggie B.
Assign. Date : 11/13/2007
Description: PI/Malpractice

**JURY ACTION**

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ◉ 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ● 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ⊗ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☒ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)   OR   ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ⦿ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 USC Sec 2671, Assault by US Marshals

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 250,000   Check YES only if demanded in complaint
JURY DEMAND:   YES ☒   NO ☐

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE 11/13/07   SIGNATURE OF ATTORNEY OF RECORD  *[signature] Angela Lota*

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.