# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|
| **Angela Tooks**<br><br>    Plaintiff<br><br>vs.<br><br>**United States of America**<br><br>    Defendant | Attorney:<br><br>Angela Tooks<br>2365 11th St., NW, Apt 31<br>Washington, DC. 20013 |

Case Number: 07-cv-02049 (RBW)

Legal documents received by Same Day Process Service on December 31st, 2007 at 8:00 AM to be served upon **Michael B. Mukasey, Attorney General of the United States, U.S. Department of Justice at 950 Pennsylvania Ave., NW, Washington, DC. 20530**

I, Brandon A. Snesko, swear and affirm that on **January 02nd, 2008 at 12:55 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint for Monetary Damages; Initial ECF Order; ECF Attorney/Participant Registration Form**, to **Delvon Whitmire** as **Supervisor & Authorized Agent** of the within named agency, to wit: **U.S. Attorney General** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male   Age: 30   Height: 6'   Weight: 190   Skin Color: black   Hair Color: black   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Brandon A. Snesko
Process Server

Same Day Process Service
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000006622

District of Columbia : SS
Subscribed and Sworn to before me
this 3rd day of January, 2008

B. Tony Snesko, Notary Public, D.C.
My commission expires December 14, 2011

**RECEIVED**

JAN - 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

