# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|

**Angela Tooks**

    Plaintiff

vs.

**United States of America**

    Defendant

Attorney:

Angela Tooks
2365 11th St., NW, Apt 31
Washington, DC. 20013

Case Number: 1:07-cv-02049 (RBW)

Legal documents received by Same Day Process Service on December 31st, 2007 at 8:00 AM to be served upon **Kenneth L. Wainstein, U.S. Attorney for the District of Columbia, U.S. Attorney's Office for DC at 555 4th St., NW, Washington, DC. 20510**

I, Brandon A. Snesko, swear and affirm that on **January 02nd, 2008 at 2:10 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint for Monetary Damages; Initial ECF Order; ECF Attorney/Participant Registration Form**, to **Gary Nails** as Docket Clerk & Authorized Agent of the within named agency, to wit: **U.S. Attorney For The District Of Columbia** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male   Age: 30   Height: 5'9   Weight: 170   Skin Color: black   Hair Color: black   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Brandon A. Snesko
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000006620

District of Columbia : SS
Subscribed and Sworn to before me
this 3rd day of January, 2008

B. Tony Snesko, Notary Public, D.C.
My commission expires December 14, 2011

**RECEIVED**
JAN - 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.