# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ANGELA TOOKES  
2365 11TH Street, N.W.  
Apt. 31  
Washington, D.C. 20001            )  
                                  )  
            Plaintiff,            )  
                                  )  
      v.                          )   Civil Action No. 07-2049 (RBW)  
                                  )  
UNITED STATES OF AMERICA          )  
                                  )  
            Defendant.            )  
                                  )  
_____)

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney John G. Interrante as counsel for defendant in the above-captioned case.

_____/s/_____  
JOHN G. INTERRANTE  
PA Bar # 61373  
Assistant United States Attorney  
Civil Division  
555 4th Street, N.W.  
Washington, D.C. 20530  
(202) 514-7220  
(202) 514-8780 (fax)  
John.Interrante@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by First-Class Mail, postage prepaid to:

ANGELA TOOKES
2365 11TH Street, N.W.
Apt. 31
Washington, D.C. 20001

on this _____ day of January, 2008.

\_\_\_\_/s/_____
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov