# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANGELA TOOKES, | ) |
| Plaintiff, | ) Civil Action No. 07-2049 (RBW) |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
## TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendant respectfully requests an extension of time of 60 days to, and including, May 2, 2008, in which to file an answer or otherwise respond to the complaint in this case, which is brought under the Federal Tort Claims Act for an incident that allegedly took place on January 21, 2003. The United States Attorney for the District of Columbia received a copy of the complaint on January 2, 2008, and defendant's response is currently due on March 3, 2008. This is the first request for an enlargement of time in the case. Undersigned counsel discussed this matter on the telephone today with plaintiff, Angela Tookes, who is proceeding pro se, and Ms. Tookes consented to the requested extension.

Defendant requires additional time to confer and consult with the client agency about the alleged incident, and to draft an appropriate response to the complaint.

WHEREFORE, Defendant respectfully requests an enlargement of time of 60 days to file an answer or otherwise respond to the complaint. A proposed Order is submitted herewith.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division, Room E-4806
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

>Angela Tookes
>2365 11th Street, N.W., Apt. 31
>Washington, D.C.  20001

on this <u>3rd</u> day of March, 2008.

                                         ____/s/_____
                                         JOHN G. INTERRANTE
                                         Assistant United States Attorney
                                         Civil Division
                                         555 4th Street, N.W.
                                         Washington, D.C. 20530
                                         (202) 514-7220
                                         (202) 514-8780 (fax)
                                         John.Interrante@usdoj.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ANGELA TOOKES,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 07-2049 (RBW) |
| | ) | |
| v. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon Consideration of the Defendant's Consent Motion for Enlargement of Time to Answer or Otherwise Respond to Complaint, for good cause shown, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the defendant shall file an answer or otherwise respond to the complaint by May 2, 2008.

It is **SO ORDERED** this _____ day of _____, 2008.

_____
Reggie B. Walton
United States District Judge