UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANGELA TOOKES,<br><br>          Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-2049 (RBW)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant respectfully requests further 30-day extension of time to and including June 2, 2008, in which to file an answer or otherwise respond to the complaint in this case, which is brought under the Federal Tort Claims Act for an incident that allegedly took place on January 21, 2003. This is the second request for an enlargement of time in the case and defendant's response is currently due on May 2, 2008. Counsel attempted to contact plaintiff pro se by telephone to ascertain her views on this motion, but was only able to leave a voice mail message.

Defense counsel has been out of the office on sick leave and requires additional time to confer and consult with the client agency about the alleged incident, and to draft an appropriate response to the complaint.

WHEREFORE, Defendant respectfully requests further enlargement of time to and including June 2, 2008 to file an answer or otherwise respond to the complaint. A proposed Order is submitted herewith.

Respectfully submitted,

  /s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


  /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


  /s/
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division, Room E-4806
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

ANGELA TOOKES
2365 11th Street, N.W., Apt. 31
Washington, D.C. 20001

on this 2nd day of May, 2008.

                                      ____/s/_____
                                      JOHN G. INTERRANTE
                                      Assistant United States Attorney
                                      Civil Division
                                      555 4th Street, N.W.
                                      Washington, D.C. 20530
                                      (202) 514-7220
                                      (202) 514-8780 (fax)
                                      John.Interrante@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ANGELA TOOKES,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-2049 (RBW) |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

Upon Consideration of the Defendant's Motion for Enlargement of Time to Answer or Otherwise Respond to Complaint, for good cause shown, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the defendant shall file an answer or otherwise respond to the complaint by June 2, 2008.

It is **SO ORDERED** this _____ day of _____, 2008.

REGGIE B. WALTON
United States District Judge

Copies to:

Defense Counsel via ECF

Plaintiff Pro Se by First-Class Mail