UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANGELA TOOKES** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**UNITED STATES,** )<br>)<br>**Defendant.** )<br>) | Civil Action 07-2049 (RBW) |

**MOTION TO EXTEND TIME FOR
DEFENDANT TO RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), the United States hereby move, nunc pro tunc, for a 14-day extension of time to respond to the pro se Plaintiff's complaint in this action. As the Defendant demonstrates below, good cause exists for this modest extension.

1. In the complaint, Plaintiff alleges that the United States Marshals Service used excessive force in executing a bench warrant for her arrest. She brings claims under the Federal Tort Claims Act against the United States.

2. The Defendant's response to the complaint was due on May 2, 2008. However, the Assistant United States Attorney assigned to this case unexpectedly had to take a medical leave of absence. The undersigned counsel was assigned to the case this afternoon and needs additional time to prepare a response to the Complaint.

3. Plaintiff will not be prejudiced by the requested 14-day extension.

4. Counsel for Defendant called Plaintiff, who is proceeding pro se, to determine whether she consents to this motion, but was unable to reach her. Counsel left a voice message for Plaintiff.

5. This is Defendant's second request for an extension.

A proposed order is attached.

                Respectfully submitted,

                /s/
                JEFFREY A. TAYLOR , D.C. Bar # 498610
                United States Attorney

                /s/
                RUDOLPH CONTRERAS, D.C. Bar # 434122
                Assistant United States Attorney

                /s/
                HARRY B. ROBACK, D.C. Bar # 485145
                Assistant United States Attorney
                United States Attorneys Office
                555 4th Street, N.W.
                Washington, D.C. 20530

May 5, 2008           Tel: 202-616-5309
                harry.roback@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2008 I served plaintiff with Motion to Extend Time For Defendant To Respond To Complaint by mailing it to the following address:

Angela Tookes
2365 11th Street, N.W.
Apartment 31
Washington, DC 20001

/s/
Harry B. Roback

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANGELA TOOKES** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**UNITED STATES,** )<br>)<br>**Defendant.** )<br>） | Civil Action 07-2049 (RBW) |

**PROPOSED ORDER**

Upon consideration of the Motion to Extend Time For Defendant to Respond to the Complaint, it is hereby

ORDERED that the Motion is GRANTED <u>nunc pro tunc</u>.

IT IS FURTHER ORDERED that the United States shall respond to the Complaint by May 16, 2008.

SO ORDERED.

Date: _____                            _____
                                                                                  United States District Judge