UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGELA TOOKES )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant. )<br>) | Civil Action 07-2049 (RBW) |

**DEFENDANT'S ANSWER TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 8, the United States answers the plaintiff's Complaint as follows:

**Jurisdiction and Venue**

1. Defendant admits the allegations contained in this paragraph.

2. Defendant admits the allegations contained in this paragraph.

2.[1] Defendant denies the allegation in paragraph 2, but further avers that on July 15, 2003, the United States Marshals Service ("USMS") received an administrative tort claim from plaintiff.

3. Defendant denies the allegation in paragraph 3. Defendant further avers that on May 16, 2007, the USMS denied plaintiff's administrative tort claim.

4. Defendant admits that plaintiff has exhausted her administrative remedies for some of her claims in the Complaint, but denies that she has exhausted her administrative remedies for all of her claims.

---

[1] Plaintiff has identified two paragraphs with the number 2.

**Parties**

5. Defendant is without sufficient information to admit or deny the allegation in this paragraph of plaintiff's complaint.

6. Defendant admits the allegations contained in this paragraph of plaintiff's complaint.

**Background**

7. Defendant is without sufficient information to admit or deny the allegations contained in this paragraph of plaintiff's complaint.

8. Defendant admits that on January 21, 2003, USMS officers arrested plaintiff pursuant to a bench warrant issued by a District of Columbia Superior Court Judge.

9. Defendant admits that following her arrest on January 21, 2003, plaintiff was brought to the USMS cellblock located in the District of Columbia Superior Courthouse. Defendant denies the remaining allegations in this paragraph.

10. Defendant is without sufficient information to admit or deny the allegations contained in this paragraph of plaintiff's complaint. To the extent that a response is deemed necessary, defendant denies these allegations.

11. Defendant denies the allegations contained in this paragraph of plaintiff's complaint.

12. Defendant denies the allegations contained in this paragraph of plaintiff's complaint.

13. Defendant denies the allegations contained in this paragraph of plaintiff's complaint.

14. Defendant denies the allegations contained in this paragraph of plaintiff's complaint.

15. Defendant denies the allegations contained in this paragraph of plaintiff's complaint.

16. Defendant denies the allegations contained in this paragraph of plaintiff's complaint.

17. Defendant denies the allegations contained in this paragraph of plaintiff's complaint.

### Count One (Assault and Battery)

17. Defendant incorporates by reference the responses to paragraphs 1-17.

18. Defendant denies the allegations contained in this paragraph of plaintiff's complaint.

19. Defendant denies the allegations contained in this paragraph of plaintiff's complaint.

20. Defendant denies the allegations contained in this paragraph of plaintiff's complaint.

21. Defendant denies the allegations contained in this paragraph of plaintiff's complaint.

### Count Two (False Imprisonment and Arrest)

22. Defendant incorporates herein by reference the responses to paragraphs 1-21.

23. Defendant denies the allegations contained in this paragraph of plaintiff's complaint.

23. Defendant denies the allegations contained in this paragraph of plaintiff's complaint.

### Count Three (Negligent Training and Supervision)

24. Defendant incorporates herein by reference the responses to paragraphs 1-23.

25. Defendant admits the allegations contained in this paragraph of plaintiff's complaint.

26. Defendant denies the allegations contained in this paragraph of plaintiff's complaint.

Defendant also asserts the following defenses.

### First Defense

The plaintiff has failed to state a claim upon which relief may be granted.

### Second Defense

The plaintiff has failed to exhaust her administrative remedies.

### Third Defense

The plaintiff has failed to mitigate her damages, if any.

**Fourth Defense**

Defendant asserts all statutory limitations on the damages sought by the plaintiff.

Dated: June 2, 2008				Respectfully submitted,

				_____/s/_____
				JEFFREY A. TAYLOR, D.C. BAR # 498610
				United States Attorney

				_____/s/_____
				RUDOLPH CONTRERAS, D.C. BAR # 434122
				Assistant United States Attorney

				_____/s/_____
				HARRY B. ROBACK, D.C. BAR #485145
				Assistant United States Attorney
				555 4th Street, N.W.
				Washington, D.C. 20530
				(202) 616-5309

## CERTIFICATE OF SERVICE

      I hereby certify that on this 2nd day of June, 2008, I served a copy of Defendant's Answer to Plaintiff's Complaint by mailing it to the following address:

Angela Tookes
Apartment 31
2365 11th Street NW
Washington, DC 20001

                                                 /s/
                                    Harry B. Roback